[No. 63073-3-I. Division One. April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA ROBERTA CUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08225-1, Monica J. Benton, J., entered January 29, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Ellington, JJ.

[No. 63309-1-I. Division One. April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DIMITAR K. DERMENDZIEV, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00392-5, Ira Uhrig, J., entered March 31, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse and Spearman, JJ.

[No. 63363-5-I. Division One. April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY DERRICK BIZZELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12080-9, Brian D. Gain, J., entered March 25, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Lau, J.

[No. 63476-3-I. Division One. April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN L. LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00912-9, Michael Hayden, J., entered May 6, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Spearman, JJ.